UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARTFORD LIFE INS. CO.,          No. 2:12-cv-00210-MCE-DAD

    Plaintiff,

  v.                        <u>ORDER</u>

THERESE KELLER, ROBERT HENSCHEL, CHRISTOPHER HENSCHEL,

    Defendants.

----oo0oo----

    Before the Court is Hartford Life Ins. Co.'s ("Hartford") Motion for Discharge and Judgment in Interpleader (ECF No. 12). In its Motion, Hartford seeks an Order of this Court that: (1) discharges it from liability to Defendants with respect to the interpleaded funds deposited with the Court and discharging Hartford from all liability under the subject annuity contract; (2) enjoins Defendants from instituting or prosecuting any proceeding in any court of any State or of the United States affecting the property, instrument, or obligation involved in this interpleader action; and (3) awards Hartford its costs and attorneys' fees in bringing the interpleader action.

1

Defendants do not oppose the Motion, however they reserve the right to challenge those attorney fees.  (See ECF Nos. 17, 18.).

For the foregoing reasons, the Court hereby GRANTS Hartford's Motion for Discharge and Judgment in Interpleader (ECF No. 12) and orders that:

1.  Hartford is discharged from liability to Defendants with respect to the interpleaded funds deposited with the Court, and from all liability under the Hartford annuity contract;

2.  all other parties to this action are enjoined from instituting or prosecuting any proceeding actions against Hartford arising from or relating to the annuity contract at issue; and

3.  Hartford shall be awarded its reasonable costs and attorneys' fees in bringing this interpleader action, subject to Defendants' reservation of rights, with such fees to be paid from the interpleaded funds deposited with the Court, and Hartford is to file an accounting of its attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE