KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Christopher Engh, SBN 95095
7540 Shoreline Drive
Stockton, CA 95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354

Attorneys for Robert Henschel
and Christopher Henschel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY, | CASE NO. 2:12-cv-00210-MCE-DAD |
| Plaintiff, | **ORDER AWARDING ATTORNEY'S FEES AND DIRECTING DISTRIBUTION OF INTERPLEADER FUNDS** |
| v. | |
| THERESE KELLER, ROBERT HENSCHEL, CHRISTOPHER HENSCHEL, | |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The request of Hartford Life Insurance Company ("Hartford") for attorney fees in the amount of $7,475.00 is granted, the other parties in the action having stipulated to that award.

2. From the funds deposited by Hartford with the court in the amount of $120,139.12 on January 26, 2012 (the "Funds"), the Clerk of the Court is directed to pay Hartford, c/o Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, CA 94104-2834, the sum of $7,475.00.

3. From the Funds, the Clerk of the Court is directed to pay Therese Keller and her attorneys, Hoffman & Hoffman, the sum of $56,332.06.

4. From the Funds, the Clerk of the Court is directed to pay Robert Henschel, in a check made payable to his attorneys, Kroloff, Belcher, Smart, Perry & Christopherson, 7540 Shoreline Drive, Stockton, CA 95219, the sum of $28,166.03.

1    5.   From the Funds, the Clerk of the Court is directed to pay to Christopher Henschel, in a
2 check made payable to his attorneys, Kroloff, Belcher, Smart, Perry & Christopherson, 7540 Shoreline
3 Drive, Stockton, CA 9519, the sum of $28,166.03.

4    6.   Following the payment of the amounts set forth above, this action is dismissed and the
5 Clerk of the Court is directed to close the case.

6    IT IS SO ORDERED.

7 Dated:  November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE