KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Christopher Engh, SBN 95095
7540 Shoreline Drive
Stockton, CA 95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354

Attorneys for Robert Henschel
and Christopher Henschel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY, | CASE NO. 2-12-cv-00210-MCE-DAD |
| Plaintiff, | **ORDER DIRECTING DISTRIBUTION OF INTEREST ACCRUED ON INTERPLEADER FUNDS** |
| v. | |
| THERESE KELLER, ROBERT HENSCHEL, CHRISTOPHER HENSCHEL, | |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Fifty percent (50%) of the interest accrued on the funds deposited with the Court shall be paid to Therese Keller and her attorneys, Hoffman & Hoffman;

2. Twenty-five percent (25%) of the interest accrued on the funds deposited with the Court shall be paid to Robert Henschel in a check made payable to his attorneys, Kroloff, Belcher, Smart, Perry & Christopherson, 7540 Shoreline Drive, Stockton, CA 95219; and

///

///

///

1  3. Twenty-five percent (25%) of the interest accrued on the funds deposited with the Court shall be paid to Christopher Henschel in a check made payable to his attorneys, Kroloff, Belcher, Smart, Perry& Christopherson, 7540 Shoreline Drive, Stockton, CA 95219.

IT IS SO ORDERED.

Dated:  December 19, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT